UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Antonio GUILLEN–CHINCHIL-LA, Defendant–Appellant.

No. 13–10449
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 3, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office Dallas, TX, for Plaintiff–Appellee.

Monica F. Markley, Federal Public Defender's Office, Fort Worth, TX, David E. Sloan, Assistant Federal Public Defender, Federal Public Defender's Office Lubbock, TX, for Defendant–Appellant.

Juan Antonio Guillen–Chinchilla, Post, TX, pro se.

Before WIENER, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Antonio Guillen–Chinchilla (Guillen) has moved for leave to withdraw and has filed a brief in accor-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

dance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Guillen has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR.      R. 47.5.4.